927 A.2d 1290

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. NELSON GONZALEZ, DEFENDANT–RESPONDENT.

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, AND ALFONSO HERRERRA, DEFENDANT–RESPONDENT.

July 31, 2007.

ORDERED that the petition for certification is denied. *See State v. Lee,* 190 *N.J.* 270, 920 *A.*2d 80 (2007).